IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Harris-Mitchell, Kimberly A

Printed:  9/3/08

Case Number:  06 B 02971
Judge:  Goldgar, A. Benjamin
Filed:  3/23/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  July 22, 2008
Confirmed:  August 22, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 14,005.79 |  |
| Secured: |  | 11,687.71 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,600.00 |
| Trustee Fee: |  | 718.08 |
| Other Funds: |  | 0.00 |
| Totals: | 14,005.79 | 14,005.79 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,600.00 | 1,600.00 |
| 2. | US Bank Trust National Assoc | Secured | 0.00 | 0.00 |
| 3. | Jack Wright | Secured | 5,056.48 | 1,733.56 |
| 4. | City Of Chicago | Secured | 311.61 | 83.04 |
| 5. | US Bank Trust National Assoc | Secured | 26,096.22 | 9,871.11 |
| 6. | Peoples Energy Corp | Unsecured | 1,439.44 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 187.40 | 0.00 |
| 8. | Discover Financial Services | Unsecured | 1,474.00 | 0.00 |
| 9. | Aspire Visa | Unsecured | 327.02 | 0.00 |
| 10. | Zalutsky & Pinski Ltd | Unsecured | 1,481.18 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 6,351.44 | 0.00 |
| 12. | City Of Chicago | Unsecured | 274.72 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 208.34 | 0.00 |
| 14. | Americredit Financial Ser Inc | Secured | | No Claim Filed |
| 15. | Capital One | Unsecured | | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 17. | Cross Country Bank | Unsecured | | No Claim Filed |
| 18. | Holy Cross Hospital | Unsecured | | No Claim Filed |
| 19. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 20. | MCI Residential | Unsecured | | No Claim Filed |
| 21. | Salvatore Spinelli | Unsecured | | No Claim Filed |
| 22. | TeleCheck | Unsecured | | No Claim Filed |
| 23. | SBC | Unsecured | | No Claim Filed |
| 24. | Sprint | Unsecured | | No Claim Filed |
| 25. | Professional Account Management | Unsecured | | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Harris-Mitchell, Kimberly A

Printed:  9/3/08

Case Number:  06 B 02971

Judge:  Goldgar, A. Benjamin

Filed:  3/23/06

| | | | |
|---|---|---|---|
| 26.  City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 27.  TCF Bank | Unsecured | | No Claim Filed |
| 28.  St Margret Mercy | Unsecured | | No Claim Filed |
| 29.  Provident Bank | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 44,807.85 | $ 13,287.71 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 306.00 |
| 5.4% | 412.08 |
| | _____ |
| | $ 718.08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: